UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PERSAUD PROPERTIES FL
INVESTMENTS, LLC,

      Plaintiff,

v.                                                    Case No: 2:17-cv-227-FtM-99CM

THE TOWN OF FORT MYERS
BEACH,

      Defendant.
_____

## ORDER

This matter comes before the Court upon review of Plaintiff's Unopposed Motion to Extend Discovery Deadlines and Modify Case Management and Scheduling Order (Doc. 37) filed on October 12, 2017. Plaintiff seeks to extend Court-ordered deadlines by sixty (60) days because of the pending motion to dismiss (Doc. 10) and delays in conducting depositions. Doc. 37 at 1-2. Defendant does not object to the requested relief. *Id.* at 3.

On June 26, 2017, Senior United States District Judge John E. Steele entered a Case Management and Scheduling Order ("CMSO") setting the deadlines to disclose expert reports for Plaintiff to October 13, 2017 and for Defendant to October 20, 2017, the discovery deadline to November 1, 2017, the mediation deadline to December 8, 2017, the deadline for dispositive motions to December 15, 2017 and a trial term of May 7, 2018. Doc. 32 at 1-2. Based on Plaintiff's representation, the Court finds

good cause to grant the requested extension. Doc. 37. The Court also notes this is the first extension of the CMSO deadlines.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Unopposed Motion to Extend Discovery Deadlines and Modify Case Management and Scheduling Order (Doc. 37) is **GRANTED**.

2. An amended case management and scheduling order will be issued under a separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 13th day of October, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record